UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steven E. Cooke, Jr.,

    Plaintiff,

v.                             Case No. 18-11230

Tim Donnellen, *et al.*,         Sean F. Cox
                                       United States District Court Judge

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTIONS FOR SUMMARY JUDGMENT; AND DISMISSING ACTION WITH PREJUDICE**

Acting *pro se*, Plaintiff filed this action on April 18, 2018, asserting § 1983 claims against six Defendants: (1) Sheriff Tim Donnellen; (2) Bill Slusher; (3) Kelsey Wade; (4) St. Clair County; (5) David Szelog; and (6) the St. Clair County Community Mental Health Authority. On July 18, 2018, the Court dismissed St. Clair County and Wade from this action, concluding that Plaintiff had failed to state a claim against those Defendants. (ECF No. 15). The Court then referred the matter to Magistrate Judge David R. Grand for all pretrial proceedings. (ECF No. 19).

Thereafter, all remaining Defendants filed motions for summary judgment. (ECF Nos. 55 and 58). After the motions were fully briefed, Magistrate Judge Grand issued a Report and Recommendation (ECF No. 64), wherein he recommends that the Court grant the motions for summary judgment and dismiss this case.

The time permitted for the parties to file objections to Magistrate Judge Grand's Report and Recommendation has passed and no objections have ben filed.

Accordingly, the Court **ADOPTS** Magistrate Judge Grand's February 14, 2020 Report and

Recommendation; **GRANTS** the motion for summary judgment filed by Defendants Donnellon and Szelog (ECF No. 55); **GRANTS** the motion for summary judgment filed by Defendants Slusher and the St. Clair County Community Mental Health Authority (ECF No. 58); and **DISMISSES** this case.

**IT IS SO ORDERED**.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 17, 2020